## A14A0266. THE MEDICAL CENTER, INC. v. BOWDEN.
### (786 SE2d 543)

MILLER, Presiding Judge.

In *Bowden v. The Medical Center, Inc.*, 297 Ga. 285 (773 SE2d 692) (2015), the Supreme Court of Georgia reversed the judgment of this Court in *The Medical Center, Inc. v. Bowden*, 327 Ga. App. 714 (761 SE2d 116) (2014). We therefore vacate our opinion in *Bowden*, supra, 327 Ga. App. 714 and adopt the judgment of the Supreme Court as the opinion of this Court.

*Judgment affirmed. Doyle, C. J., and Dillard, J., concur.*

DECIDED MAY 18, 2016.

*Fischer Scott, Bobby L. Scott*, for appellant.
*Charles A. Gower*, for appellee.